

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2021

No. 04-21-00433-CV

Patricia Brown **EDWARDS**,
Appellant

v.

Mayra Brown **BURTON**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI16821
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Lori I. Valenzuela, Justice

On December 13, 2021, appellant filed a "Request for an Emergency Motion." It is not clear whether appellant is asking the trial court or this court for emergency relief. To the extent appellant requests relief from this court, including for (1) reimbursements or (2) to stay the sale of 454 Fargo Avenue, San Antonio, Texas 78220 until the appeal is completed, the request is DENIED. To the extent a request for relief is directed to the trial court, appellant must file a motion with the trial court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court